## O'Donnell et al., Appellants, *v.* Thayer.

Argued January 15, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Vram Nedurian, Jr.,* with him *William L. McLaughlin,* for appellants.

*Joseph F. Harvey,* with him *MacElree, Platt & Harvey,* for appellee.

OPINION PER CURIAM, April 23, 1969:
Judgment affirmed.
Mr. Justice COHEN and Mr. Justice EAGEN dissent.

## Goosay, Appellant, *v.* Moffat Coal Company, Inc.

Argued January 21, 1969. Before JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.